UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM J. HUGHES
    -Plaintiff(s)

-v-                          NO. 3-01 CV 2325 DJS)

ALLIEDCITY OF STAMFORD
    -Defendant(s)

FILED 2004 APR -5 P 2: 14

### ORDER

A settlement conference will be held before the undersigned on **JUNE 4, 2004, at 10:00 a.m.** Counsel shall be accompanied by the appropriate persons with the authority to settle. It will not be sufficient for such individuals to be "available by telephone." See <u>Nick v. Morgan's Foods, Inc</u>., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000).

IT IS SO ORDERED.

Dated at Hartford, Connecticut, this 5th day of April, 2004.

_____
Thomas P. Smith
United States Magistrate Judge