UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------x
WILLIAM J. HUGHES            :   CIVIL NO.
   Plaintiff                 :   301CV2325 (DJS)

v.                           :

CITY OF STAMFORD

   Defendant                 :   April 22, 2004
-------------------------------------------------------x

## MOTION FOR PERMISSION TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Defendant City of Stamford respectfully requests that it be granted permission to file a Supplemental Motion for Summary Judgment, in response to the finding in the Memo of Decision that the Defendant did not address the May 2000 charges dealing with performance:

> "... Hughes alleges that the Department presented <u>false or exaggerated charges</u> to the Fire Commission in May of 2000, and that these charges were the impetus for the LCA. The Department does not address these charges in its moving papers... the court cannot evaluate Hughes's arguments in favor of a finding of pretext regarding the substance of the charges brought against him because this information is not in the record. The absence of a discussion regarding these charges is particularly conspicuous because the charges were the subject of Hughes CHRO and EEOC filings." (pgs. 14-15; emphasis added)

Therefore, the Defendant wishes permission to file this Supplemental Motion to address the remaining issue: were the charges filed in May, 2000, and brought before the Fire Commission on June 14, 2000, "exaggerated", false, or a pretext for discrimination or retaliation?

This Motion is supported by a Supplemental Memorandum dated April 22, 2004 (8 pages); an Affidavit of Chief Fire Marshal Barry Callahan dated April 13, 2004 (13 pages), Exhibit A which is the binder submitted to plaintiff prior to the June 14, 2000 hearing before the Fire Commission (209 pages), an Affidavit of Assistant Fire Marshal Spaulding dated April 21, 2004 (8 pages), and a Local Rule 56(a)1 Statement of Facts Not in Dispute (22 pages).

The court has ordered the parties to file a Joint Trial Memorandum by May 14, 2004 and there is a settlement conference on June 4, 2004 before Magistrate J. Smith.

The reason why the undersigned respectfully requests permission to file this Motion is to avoid the expense and time that would be caused by a trial, which will be eliminated if the Court grants this Motion and grants the Supplemental Motion for Summary Judgment.

For all the foregoing reasons, the defendant requests permission to file its supplemental motion for summary judgment, and that such motion be granted as to all

remaining claims of Plaintiff's complaint.

           THE DEFENDANT
           CITY OF STAMFORD

           THOMAS M. CASSONE
           DIRECTOR OF LEGAL AFFAIRS

           BY _____
           James V. Minor #CT06713
           Assistant Corporation Counsel
           888 Washington Boulevard, Box 10152
           Stamford, CT  06904-2152
           (203) 977-4087 fax 203-977-5560

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid on April 22, 2004 to the following:
    Charles G. Parks, Esq., Parks & Associates, 800 Summer St, Suite 509, Stamford, CT 06901,  Tel (203)359-3860  Fax (203) 323-7398

                          _____
                          James V. Minor