UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WILLIAM J. HUGHES**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:01cv2325(DJS) |
| **CITY OF STAMFORD**<br>    **Defendant** | : |

**ORDER**

The Motion for Permission to File Supplemental Memorandum in Support of Defendant's Motion for Summary Judgment (Doc. #31) is hereby **DENIED.**

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut this  27th   day of April, 2004.


 /s/DJS
Dominic J. Squatrito
United States District Judge