**FILED**

2004 MAY -4  A 10: 38

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| William J. Hughes<br>        Plaintiff | CIVIL NO.:<br>3:01CV2325 (DJS) |
| v. | |
| City of Stamford | May 3, 2004 |

### JOINT MOTION TO EXTEND TIME

Pursuant to Local Rule 9(b) and Fed.R.Civ.P. 6, the plaintiff, William J. Hughes, and defendant, City of Stamford, respectfully request an extension of time to prepare their Joint Trial Memorandum for thirty (30) days following the courts ruling on Defendant's Motion For Permission To File Supplemental Memorandum In Support of Defendant's Motion For Summary Judgment or the courts ruling on Defendants Supplemental Motion. This is the parties first request for an extension of time with respect to the Supplemental motion of Summary Judgment.

In support of this motion, the undersigned counsels states the following:.

1. The defendant has filed a motion to submit a supplement memorandum which addresses substantial different bases for the defendant's action. Counsel for the plaintiff requires additional time to meet with his client to discuss the implication of defendant's motion.

2. Further, upon consultation with defense counsel, the parties jointly request an extension of time to explore settlement options prior to incurring addition client expense and prior the court ordered settlement conference, in the hope of settling the matter or placing the matter in a better position for settlement. Counsels are optimistic that a settlement in this matter is possible.

3. In addition, counsel for the parties have incurred substantial prior scheduling commitments.

THE PLAINTIFF,
William J. Huges

By: _____
Charles G. Parks, Jr.
PARKS & ASSOCIATES
800 Summer Street, Ste 504
Stamford, CT 06901
(203) 359-3860
(203) 323-7398 - facsimile
CT 16784

THE DEFENDANT
CITY OF STAMFORD

THOMAS M. CASSONE
DIRECTOR OF LEGAL AFFAIRS


_____
James V. Minor (CT 06713)
Assistant Corporation Counsel
888 Washington Blvd.
PO Box 10152
Stamford, CT 06904-2152
(203) 977-4087 fax (203) 977-5560