UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WILLIAM J. HUGHES**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:01cv2325(DJS) |
| **CITY OF STAMFORD**<br>    **Defendant** | : |

**ORDER**

The Joint Motion to Extend Time (Doc. #33) to file their joint trial memorandum is hereby **GRANTED to and including June 11, 2004.**  This case shall be trial ready **July, 2004.**

   **IT IS SO ORDERED.**

Dated at Hartford, Connecticut this   4th    day of May, 2004.


                                                                 /s/DJS
                                                          Dominic J. Squatrito
                                                          United States District Judge