FILED

2004 JUN -4 A 10: 33

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------------------------------------x
WILLIAM J. HUGHES         :     CIVIL NO.
  Plaintiff                :     301CV2325 (DJS)

v.                        :

CITY OF STAMFORD

  Defendant                :     June 3, 2004
------------------------------------------------------------x

## MOTION FOR CONTINUANCE OF TRIAL DATE

This matter has been ordered to be "trial ready July 2004", order #34, signed by Judge Dominic J. Squatrito on 5/4/04. The Defendant City of Stamford respectfully requests that this case be continued and set down for jury trial **after September, 2004**, because of the undersigned's scheduling problems:

    1. In early July, 2004, the undersigned is scheduled to pick a jury in "Arlin v. City of Stamford" et al, X08 CV 01 0184214 S, in Stamford Superior Court, which should take two weeks;

    2. From July 17-August 1, 2004, the undersigned will be on active duty with the Connecticut Army National Guard;

3. During August, 2004, the undersigned will be on trial in "Arlin v. City of Stamford" which is scheduled to last the entire month.

For these reasons, it is impossible for the undersigned to start trial in this case, which should take a week.

**Counsel for the Plaintiff has no objection to this motion.**

THE DEFENDANT CITY OF STAMFORD

THOMAS M. CASSONE
DIRECTOR OF LEGAL AFFAIRS

BY _____
James V. Minor #CT06713
Assistant Corporation Counsel
888 Washington Boulevard, Box 10152
Stamford, CT 06904-2152
(203) 977-4087 fax 203-977-5560

### CERTIFICATION

I hereby certify that a copy of the foregoing was faxed and mailed postage prepaid on June 3, 2004 to the following:
   Charles G. Parks, Esq., Parks & Associates, 800 Summer St, Suite 509, Stamford, CT 06901, Tel (203)359-3860  Fax (203) 323-7398

_____
James V. Minor

2