UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WILLIAM J. HUGHES**<br>　　**Plaintiff** | : |
| v. | : CIVIL NO.: 3:01cv2325(DJS) |
| **CITY OF STAMFORD**<br>　　**Defendant** | : |

## ORDER

The Motion for Continuance of Trial Date (Doc. #35) is hereby **GRANTED.** This case shall be trial ready **October, 2004.** The parties joint trial memorandum shall still be due on **June 11, 2004.**

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut this  7th  day of June, 2004.

　　　　　　　　　　　　　　　　　　　　　 /s/DJS
　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　United States District Judge