UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM J HUGHES,<br>    Plaintiff,<br>vs.<br><br>CITY OF STAMFORD<br>    Defendant | )<br>)<br>)<br>)  Case No.: 3:01 CV 2325 (DJS)<br>)<br>)<br>)<br>)<br>)  June 9,2004 (draft)<br>)<br>) |

PLAINTIFF'S OBJECTION TO DEFENDANT'S LIST OF EXHIBITS.

Pursuant to the Joint Trail Memorandum Order, the Plaintiff hereby sets-forth its objection to the List of Exhibits cited by Defendant in the Joint Trial Memorandum.

The defendant has identified the following list of exhibits:

1. Memo of Decision granting partial summary judgment dated March 29, 2004. [gs 1 through 18).

2. Ex. N to 1/16/03 MSJ, CHRO complaint

3. Ex. O to 1/16/03 MSJ, EEOC complaint

4. Ex. Q to 1/16/03 MSJ, letter dated May 29, 2001, 2 pgs, with "Finding of No Reasonable Cause" by Investigator Gaynor, 8 pgs

5. Transcript of Arbitration Hearing on 11/15/02.

6. The Award in Case #12 390 54 02, by Roberta Golick, Esq, 9 pages, dated February 8, 2003.

7. The binder given to Plaintiff and h is counsel in May 2000 supporting the charges giving rise to the hearing before the Fire Commission on June 14, 2000.

8. The Last chance Agreement dated June 14, 2000.

9. Pay records and agreement concerning the plaintiff's pension from the City of Stamford, to include the 10/21/03 agreement signed by Labor Negotiator William Stover with plaintiff's union, which plaintiff signed on 11/5/03, allowing plaintiff to draw a pension effective 9/12/03, amounting to $2,229.89 a month.

10. City's Response to CHRO with attached documents

The Defendant's exhibits 1 through 10 are objected to on the bases of Hearsay, Fed.R.Evid. 802. To the extent that the defendant is offering any of the Exhibits to assert the truth of their content, such offer is hearsay and should be excluded.

The Defendant's exhibits 1 through 10 are also objected to on the bases of relevance pursuant to Fed.R.Evid. 402. None of the document offered by the Defendant have any relevance to any of the issues presented in the captioned matter.

For plaintiff:

Charles G. Parks, Jr.
Parks & Associates
160 Forest Street
Stamford CT 06901
(203) 359 3860
Cparksjr@aol.com