**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**WILLIAM J. HUGHES**                                    :
     **Plaintiff**

    **v.**                                         :   **CIVIL NO.: 3:01cv2325(DJS)**

**CITY OF STAMFORD**                                    :
     **Defendant**

**ORDER OF REFERENCE TO**
**A UNITED STATES MAGISTRATE JUDGE**

    In the interest of justice, the above identified case is hereby referred to <u>Donna F.</u>

<u>Martinez</u>, United States Magistrate Judge for all purposes, including trial.  The parties have

consented to their case being heard before a magistrate judge in their joint trial

memorandum dated June 10, 2004 (Doc. #37).

    **IT IS SO ORDERED.**

    Dated at Hartford, Connecticut this __17th__ day of June, 2004.


                                 /s/DJS
                                   Dominic J. Squatrito
                                   United States District Judge