# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

William J. Hughes

v.

City of Stamford

APPEARANCE **FILED**

CASE NUMBER: 3:01 CV 2325 (DJS)

2004 DEC -3 P 5:06
U.S. DISTRICT COURT
HARTFORD, CT.

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for: City of Stamford

12-3-04
**Date**

CT 20198
**Connecticut Federal Bar Number**

203-977-5766
**Telephone Number**

203-977-5560
**Fax Number**

mtoma@ci.stamford.ct.us
**E-mail address**

Michael S. Toma
Signature

Michael Toma
Print Clearly or Type Name

888 Washington Blvd
Address

Stamford CT 06904

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was ~~mailed~~ hand-delivered on this date to the following:

Charles Parks, Esq.
Parks + Associates
800 Summer St
Suite 509
Stamford CT 06901

Michael S. Toma
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24