# United States District Court

DISTRICT OF CT

Hughes v. Stamford

**Plaintiff's EXHIBIT ~~AND WITNESS~~ LIST**

CASE NUMBER: 3:01CV2325 (DFM)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| D.F. Martinez | C. Packs | J. Minor |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 12/1/04, 12/2/04, 12/3/04 | S. Bowles | R.K. Wood |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/1/04 | ✓ | ✓ | Tax Return - 2000 |
| 2 | | " | ✓ | ✓ | Tax Return - 2001 |
| 3 | | " | ✓ | ✓ | Tax Return - 2002 |
| 4 | | " | ✓ | ✓ | Tax Return - 2003 |
| 5 | | " | ✓ | | Internet Notice |
| 6 | | 12/2/04 | ✓ | | Transcript |
| 7 | | 12/3/04 | ✓ | | School Inspection Sheet |
| 8 | | 12/3/04 | ✓ | | Leave Sheet - Policy |
| 9 | | " | ✓ | | Board Cert. - Fire Dept. |
| 10 | | " | ✓ | | Transcript |

FILED 2004 DEC -3 P 5:06 U.S. DISTRICT COURT HARTFORD, CT.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**DISTRICT OF** CT

Hughes
v.
Stamford

**Plaintiff's EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:01CV2325(DFM)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| D.F. Martinez | C. Parks | J. Minor |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/1/04, 12/2/04, 12/3/04 | S. Bowles | R.K. Wood |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 12/1/04 |  |  | W1 - William J. Hughes, Waterbury, CT. |
|  |  | 12/2/04 |  |  | W1 - William J. Hughes, Waterbury, CT. |
|  |  | 12/2/04 |  |  | W2 - Capt. Daniel Hunsberger, Monroe, CT. |

FILED 2004 DEC -3 P 5:06 U.S. DISTRICT COURT HARTFORD, CT.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages