COURT'S
EXHIBIT
2
3:03cv 2325 (DFM)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM J. HUGHES,                    :

      Plaintiff,                     :

      v.                             :        CASE NO. 3:01CV2325(DFM)

CITY OF STAMFORD,                     :

      Defendant.                     :

U.S. DISTRICT COURT
HARTFORD, CT.
2004 DEC -3 P 5:06
FILED

## JURY VERDICT FORM

## DISCRIMINATION BASED ON RACE – TITLE VII

1.  Has Mr. Hughes proved by a preponderance of the evidence
    that defendant City of Stamford intentionally discriminated
    against him based on his race in violation of Title VII?

        YES _____    NO __✓__

    *If you answered "no" to question 1, then the plaintiff is
not entitled to damages on this claim and you must proceed to
question 2.*

    *If you answered "yes" to question 1, then you must calculate
the amount of compensatory damages Mr. Hughes is entitled to.*

**Lost Wages**           **Emotional Distress**
**and Benefits**

$_____         $_____

## RETALIATION - TITLE VII

2.  Has Mr. Hughes proved by a preponderance of the evidence
    that he opposed the defendant City of Stamford's employment
    practices which he reasonably and honestly believed were
    discriminatory, that his employer was aware of his
    opposition, and that his opposition to the defendant's
    employment practices was a motivating factor in the
    defendant's decision to terminate his employment?

                    YES_____   NO__✓__

    *If you answered "no" to question 2, then the plaintiff is
not entitled to damages on this claim.*

    *If you answered "yes" to question 2, then you must calculate
the amount of compensatory damages Mr. Hughes is entitled to.*

**Lost Wages**                **Emotional Distress**
**and Benefits**

$_____              $_____


## TOTAL AMOUNT COMPENSATORY DAMAGES

If you awarded compensatory damages under any of the plaintiff's
claims, set forth here the total amount of compensatory damages
which you have awarded to the plaintiff.

**Lost Wages**                **Emotional Distress**
**and Benefits**

$_____              $_____


    You have now completed your deliberations.  Please sign and
date this form.

___12/3/04___                 _James Marks_
     Date                          Foreperson

2