UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 DEC -8  P 3: 57

U.S. DISTRICT COURT
HARTFORD, CT.

WILLIAM J. HUGHES,
        Plaintiff,

    v.

CITY OF STAMFORD,
        Defendant,

:

:

:   CASE NO. 3:01CV2325 (DFM)

## JUDGMENT

This action came to trial before a jury and the Honorable Donna F. Martinez, United States Magistrate Judge. The issues having been tried and the jury having returned a verdict in favor of the defendant,

It is hereby ORDERED, ADJUDGED, and DECREED that judgment be and is hereby entered in favor of the defendant, City of Stamford.

Dated at Hartford, Connecticut, this 8th day of December 2004.

KEVIN F. ROWE, CLERK

By: _____
Robert K. Wood
Deputy Clerk

EOD_____