UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
450 MAIN STREET
HARTFORD, CT 06103
August 17, 2007

James V. Minor, Esq.
City of Stamford
Office of Legal Affairs
888 Washington Blvd.
Stamford, CT 06904-2152

Dear J. Minor, Esq :

   RE: Case No: 3:01CV2325 (DFM)
   Hughes v. Stamford

As this case has been disposed of in this court:
   (XX) Enclosed are the following Defendant's Exhibits:
   5, 8, & 9

Please acknowledge receipt of the documents on the copy of this letter and return to the Hartford Clerk's Office.

Thank you for your cooperation.

                              Sincerely,
                              KEVIN F. ROWE, CLERK

                              /s/
                              Robert Wood
                              Deputy Clerk

Enclosure (S):

ACKNOWLEDGMENT: _James V Minor, Ass't Corp Counsel_
                                                _Stamford_
DATE: _8/20/07_